■ In the Matter of the Arbitration between PALOMA FROCKS, INC., Appellant, and SHAMOKIN SPORTSWEAR CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See 1 A D 2d 640.]

■ LOU STILLMAN v. PARAMOUNT PICTURES CORPORATION et al.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See ante, p. 18.] [See post, p. 886.]

■ ELLA M. BARRY v. ANDREW W. MULRAIN, as Treasurer and Trustee of the Relief and Pension Fund of the Department of Street Cleaning of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ. [See 1 A D 2d 623.]

■ In the Matter of ANTHONY V. MACHIANO, Appellant, against FRANCIS W. H. ADAMS, as Police Commissioner of the City of New York, et al., Respondents.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Cox, JJ. [See 1 A D 2d 765.]

■ GERDY DU BOISKY v. LEOPOLD DU BOISKY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See ante, p. 666.]

■ In the Matter of the Accounting of SAMUEL W. SIEGEL, as Executor of MOE SHERMAN, Deceased. SAM SHERMAN et al., Appellants. In the Matter of the Construction of the Will of MOE SHERMAN, Deceased. IRENE SHERMAN, Appellant; SAMUEL W. SIEGEL, as Executor of MOE SHERMAN, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See ante, p. 662.]

■ THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE SULLIVAN.— Motion for reargument granted and, upon reargument, the motion is granted to the extent stated in order. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ.

■ JOSEPH B. GAINES, Suing on Behalf of Himself and all Other Bondholders of Station "W" Postal Building Corporation, Similarly Situated, v. STATION "W" POSTAL BUILDING CORPORATION et al.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ.

■ WANDA PENNINGTON, as Guardian ad Litem of JOYCE A. PENNINGTON, an Infant, et al., v. PARK WEST HOSPITAL.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM COTTONE, against HERMAN J. RUTHAZER, as Warden of City Prison.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ.

## (October 16, 1956)

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CHU WAI, Respondent.— Order unanimously reversed, without costs, the indictment reinstated and the matter remitted to the Court of General Sessions of the County of New York without prejudice, for such proceedings as may be appropriate. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.